CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

DANA A. BARBATA #9112
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Dana.Barbata@usdoj.gov

Brian Hanna
Trial Attorney
U.S. Department of Justice, Antitrust Division
450 Fifth St., NW, Suite 8000
Washington, D.C. 20530
Telephone: (202) 460-4294
Facsimile: (202) 616-2441
E-mail: Brian.hanna2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: APPLICATION OF BRIAN HANNA TO PRACTICE BEFORE THE COURT | ) MISC. NO.<br>)<br>) APPLICATION TO APPEAR ON<br>) BEHALF OF THE UNITED<br>) STATES; DECLARATION OF<br>) BRIAN HANNA<br>) |

APPLICATION TO APPEAR ON BEHALF OF UNITED STATES

Pursuant to LR83.1(c)(1) of the Local Rules of Practice for the United States District Court for the District of Hawaii, BRIAN HANNA, Attorney for the United States of America hereby notifies the court of his intention to appear before this court on behalf of the United States and to attend to the interests of the United States during the period of his employment by the United States and requests leave to do so.  A declaration in support of this is filed herewith.

DATED: August 12, 2024, at Washington, D.C.

Brian Hanna
Trial Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: APPLICATION OF BRIAN HANNA TO PRACTICE BEFORE THE COURT | ) MISC. NO.<br>)<br>) DECLARATION OF BRIAN<br>) HANNA<br>)<br>)<br>) |

## DECLARATION OF BRIAN HANNA

1. I am a Trial Attorney employed by the United States with the Antitrust Division of the United States Department of Justice.

2. I expect to appear on behalf of the United States and to tend to the interests of the United States before this Court.

3. I am an active member in good standing of the bar of the Supreme Court of the State of Virginia, which is the highest court in that state.

I declare, upon penalty of perjury, that the forgoing is true and correct.

DATED: August 12, 2024, at Washington, D.C.

*/s/ Brian Hanna*
Brian Hanna