IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| IN RE:  APPLICATION OF BRIAN HANNA TO PRACTICE BEFORE THE COURT | Misc. No. 24-00486 MWJS-RT<br><br>ORDER PERMITTING PRACTICE |
|---|---|

## ORDER PERMITTING PRACTICE

Having considered the Application of Brian Hanna to Practice before the Court and the Declaration in support of said application, and it appearing that the requirements of LR83.1(c)(1) of the Local Rules of Practice for the United States District Court for the District of Hawaiʻi have been met,

IT IS HEREBY ORDERED that leave of Brian Hanna to appear and practice before this Court on behalf of the United States and to attend to the interests of the United States during the period of his employment by the United States is GRANTED.

DATED:   August 12, 2024, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge